UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | Case Nos. | 3:04CR301(JCH) |
| | : | | 3:06CR194(JCH) |
| v. | : | | |
| | : | | |
| BABAR AHMAD | : | | |
| and SYED TALHA AHSAN | : | JULY 9, 2014 | |

**GOVERNMENT'S RESPONSE TO MOTION TO PRECLUDE**

On July 8, 2014, the defendants Babar Ahmad and Syed Talha Ahsan filed a "Motion to Preclude Government Expert's Report and Testimony," in light of the government having provided, on July 7, 2014, additional material relating to a witness that the government intended to call in connection with sentencing proceedings next week. In support of their motion, the defendants reasonably and understandably argue that there is not enough time for them to digest the additional material and further prepare to cross-examine the witness based on that material. In light of the concerns raised, because this is an issue of the government's creation, and insofar the government has erred, albeit unintentionally, in not providing this particular material earlier, the government accepts responsibility for this issue and is prepared not to call the witness.

As the Court considers the defendants' motion, however, the government respectfully requests that it consider the following.

The material largely contains documents memorializing, containing, assessing or relating to information provided by the witness primarily in connection with other, unrelated matters. The instances where the government has identified that the material discusses or references Azzam-related material will be identified for defense counsel, by Bates number, by July 10, 2014.

In early April 2014, the same material was provided in advance of the trial of *United States v. Mustafa Kamel Mustafa a/k/a "Abu Hamza,"* 04CR356(KBF) to Attorney Dratel, who has an appearance in this case on behalf of Mr. Ahmad. As acknowledged by Attorney Dratel during

1

yesterday's telephone status conference call with the Court, the most pertinent information in the material he previously received was summarized in a one page cover letter provided by the United States Attorney's Office for the Southern District of New York to Attorney Dratel and his co-counsel, which summarized certain information falling within the purview of *United States v. Giglio*, 405 U.S. 150 (1972). Two copies of that letter were hand delivered for review in the SCIF to additional defense counsel in this case today.

It is important to note that that particular information has already been provided to defense counsel in this case in other forms – namely, in the government's witness-related disclosures which have included several trial transcripts in which the information was elicited or otherwise reflected in such transcripts. *See, e.g.* BA-SDM-005392 at lines 14-20, Sealed Exhibit A; *see also* BA-SDM-005434, Page 786, line 21 through BA-SDM-005435, Page 787, line 6, Sealed Exhibit B; *see also* BA-SDM-005437, Page 796, line 16 through Page 798, line 14, Sealed Exhibit C; *see also* BA-SDM-005487, Page 900, line 6 through BA-SDM-005488, Page 903, line 15, Sealed Exhibit D. That information was also elicited in *United States v. Abu Hamza,* 04CR356(KBF) in which counsel for the government elicited testimony from, and Attorney Dratel cross-examined the witness regarding that very subject matter. *See, e.g.,* Sealed Exhibits E and F.

The fact remains, however, that the government should have obtained permission to disclose the particular material to defense counsel in this case at or around the time the same material was authorized for disclosure and provided to Attorney Dratel in April 2014 in connection with the upcoming trial of *United States v. Abu Hamza,* 04CR356(KBF). That is the government's mistake, for which the government bears responsibility, and for which the government is prepared to accept whatever remedy the Court believes appropriate.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

/s/

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct19105
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut 06604
(203) 696-3000 / (203) 579-5575 (fax)
Stephen.Reynolds@usdoj.gov

/s/

RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct20451
United States Attorney's Office
157 Church Street, 23d Floor
New Haven, Connecticut 06510
(203) 821-3700 / (203) 773-5377 (fax)
Ray.Miller2@usdoj.gov

## CERTIFICATION

I hereby certify that on July 9, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY

3