UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:04CR301(JCH) |
| | | CRIMINAL NO. 3:06CR194(JCH) |
| BABAR AHMAD | : | July 8, 2014 |
| SAYED TALHA AHSAN | | |

MOTION TO PRECLUDE GOVERNMENT EXPERT'S REPORT AND TESTIMONY

Despite knowing at least since the extradition of the defendants in 2012 that it would call its expert as a witness in this case, the government has disclosed, on the afternoon of July 7, 2014, more than 600 pages of classified *Giglio* information that it had not previously disclosed. For the following reasons, the defendants jointly move for its expert's report[1] and proposed testimony to be excluded.

Pursuant to the Standing Order on Discovery in the Local Rules of Criminal Procedure, the government's obligation to disclose material falling within the scope of *United States v. Giglio*, 405 U.S. 150 (1972) and *Napue v. Illinois*, 360 U.S. 264 (1959) was to occur within ten days from the date of arraignment. Local Rules of Criminal Procedure, Appendix, Standing Order on Discovery (A)(10). Arraignment occurred on October 6, 2012. Lest the government argue that it did not know it would call its expert until recently, it disclosed him as a witness on April 30, 2013. Additionally, on January 3, 2014, the Court ordered the government to disclose its experts by March 7, 2014. Only now has the government disclosed this massive amount of material pertaining to this witness.

The defense is prejudiced by this unnecessarily late disclosure. The disclosure can only be viewed in the so-called SCIF room, where the hours for review are limited both by court house hours and by the schedules of counsel who have other cases in addition to this one. The expert is due to testify on Tuesday, July 15, 2014. There is not enough time to adequately prepare to cross-examine him

---

[1] The defendants will not name the government's expert here in this public filing, but he/she was discussed in a telephone status conference.

- 2 -

with this information.

When the Court asked the government today why the disclosure occurred so late, the prosecutor said: "We sort of learned about it recently." This is utterly amazing given that the very same expert (1) has testified as an expert in this District in 2008, (2) has testified or submitted reports in at least 27 other cases for the government, and (3) has been handled by attorneys from the Justice Department's Main office for many years. Alexis Collins, who has an appearance in this case and has appeared in this District, is employed at Main Justice. She conducted the witness' direct examination in 2008 in a trial in this District.

The defendants are not seeking a continuance in this matter. They have been held in solitary confinement for nearly two years awaiting the resolution of this case. Their families have purchased airfares and made arrangements for traveling here this weekend. The government chose to make this disclosure in an untimely manner, and the defendants should in no way have to endure consequences for the government's decision.

In the event that the Court requires a hearing on this motion, the defendants request that the Security Officer for Classified information be present and seal the courtroom for any portions of the proceedings that involve this material. This would apply to the hearings on July 11, 15-17, 2014. Because the Court's ruling on this motion will necessarily affect its fact finding on certain issues (the government will certainly rely on this witness to interpret various documents, web postings, etc.), the defendants request that if there is a hearing on this motion, it occur as the first order of business on July 11, 2014.

- 3 -

Respectfully submitted,

THE DEFENDANTS,
Babar Ahmad and Sayed Talha Ahsan

Dated: July 8, 2014   /s/ Terence S. Ward
　　　　　　　　　　　Terence S. Ward
　　　　　　　　　　　Federal Defender
　　　　　　　　　　　10 Columbus Blvd, 6th FL
　　　　　　　　　　　Hartford, CT 06106
　　　　　　　　　　　Phone: (860) 493-6260
　　　　　　　　　　　Bar No.: ct00023
　　　　　　　　　　　Email: terence_ward@fd.org


　　　　　　　　　　　___/s/_____
　　　　　　　　　　　Richard Reeve
　　　　　　　　　　　Sheehan and Reeve
　　　　　　　　　　　350 Orange Street
　　　　　　　　　　　Suite 101
　　　　　　　　　　　New Haven, CT 06511
　　　　　　　　　　　(203) 787-9026
　　　　　　　　　　　Bar No.: ct05084
　　　　　　　　　　　Email: rreeve@sheehanandreeve.com