UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case Numbers: 3:04CR301(JCH) |
| | : | 3:06CR194(JCH) |
| v. | : | |
| | : | |
| BABAR AHMAD and | : | |
| SYED TALHA AHSAN | : | JUNE 4, 2014 |

**GOVERNMENT'S MOTION TO FILE EXPERT REPORT**

The United States hereby files the attached expert report prepared by Evan F. Kohlmann. The Government intends to call Mr. Kohlmann to testify as an expert witness at the sentencing hearing on July 15, 2014. The Government also respectfully reserves the right to call additional witnesses at the sentencing hearing to provide supplemental factual information.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

/s/

RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct20451
157 Church Street, 23d Floor
New Haven, Connecticut 06510
(203) 821-3700 I (203) 773-5377 (fax)
Ray.Miller2@usdoj.gov

/s/

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct19105
United States Attorney's Office
1000 Lafayette Boulevard, 10h Floor
Bridgeport, Connecticut 06604
(203) 696-3000 I (203) 579-5575 (fax)
Stephen.Reynolds@usdoj.gov

/s/

ALEXIS L. COLLINS
TRIAL ATTORNEY CTS DOJ
Washington, D.C. Bar No. 474599
National Security Division
950 Pennsylvania Ave, NW Room 7300
Washington, DC 20530
(202) 353 3862 I (202) 353 9836 (fax)
Alexis.Collins@usdoj.gov

## CERTIFICATION

I hereby certify that on June 4, 2014, a copy of the foregoing was served by e-mail on counsel for the defendants.

_____
RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY