## Sole-Source Kohlmann Testimony on Trial Exhibits Connected to Mehanna's Computer[1]

| Exhibit | Description | Sole-Source Kohlmann Testimony |
|---|---|---|
| 31 | Video | The video is called "Qahir as-Salib. ... 'Qahir as-Salib,' which roughly translated means 'destruction of the cross.'" It "was Part 2 of another As-Sahab video that I've already discussed, I believe, today titled 'The War of the Oppressed.' Essentially what happened was that these were two videos released in August of 2005. They were meant to depict mujahideen operations in Afghanistan. There was Part 1, which was Harb al-Mustadafin, and then shortly thereafter Part 2 was released, and that was released under the subtitle 'Qahir as-Salib,' 'crushing the cross.'" Dkt. No. 410, 100:21–101:4. |
| 32 | Video | The video is called "Abu al-Layth." It is "a video recording produced by another jihadi media outfit in Pakistan known as Labayk Media.... This is another organization responsible for producing original video recordings about al Qa'ida and the Taliban with original video footage. In this case the video featured a senior al Qa'ida leader by the name of Abu Laith al-Liby ... sitting outdoors in Afghanistan and offering a message to mujahideen including in Iraq and elsewhere." Dkt. No. 410, 101:20–102:6. |
| 35 | Video | The video is called "Al Arab Fi Waziristan." It "is a video recording showing ... foreign fighters from Arabic countries at a training camp in Waziristan. The training camp was being run by Abu Laith al-Liby." Dkt. No. 410, 102:21–103:5. |

---

[1] For the sake of economy, this chart does not include Kohlmann's uncorroborated and disputed testimony on **Tr. Exs. 25, 26** (*39 Ways* and *Umar Hadid*) **248, 249, 371, 378, 415, 427, and 549**, all of which are discussed at length in the brief. It also does not include testimony of witnesses who merely authenticate or read the exhibit or the translation in evidence.

Tr. Ex. 449 was provided from internet sources, but it is undisputed that Mehanna had a copy. *See* Dkt. No. 393, 49:13–50:9, 60:5–8, 80:23–81:11.

| Exhibit | Description | Sole-Source Kohlmann Testimony |
|---|---|---|
| 37/ 37A | Video | "This is a screen shot from another video produced by al Qa'ida's As-Sahab media. This video recording was released in approximately December of 2001. The person featured in the video is Shaykh Osama bin Mohammed bin Laden, the then leader of al Qa'ida. This was filmed somewhere in Southern Afghanistan, again in December of 2001. You'll notice that this screen shot actually comes from an Al Jazeera broadcast." Dkt. No. 410, 25:5–23.<br><br>"The file 10.7.01, which you see actually an excerpt of here, is, again, part of a video recording featuring Osama Mohammed bin Laden, the leader of al Qa'ida, along with two other al Qa'ida leaders, Dr. Ayman al-Zawahiri along with a third individual by the name of Sulaiman Abu Ghaith…. These three individuals were sitting together at an outdoor location in Afghanistan in approximately October of 2001. The purpose of this video recording was to say, 'Despite the beginning of U.S. military operations in Afghanistan, we're still alive, we're still here, we're still fighting.'" Dkt. No. 410, 105:17–106:2. |
| 38 | Video | The video is called "Lions of Mesopotamia." It "is a video recording which was released by al Qa'ida in Iraq in approximately November of 2004. The video recording was meant to tell the story and eulogize then-slain al Qa'ida deputy commander in Iraq, Abu Anas al-Shami[.]" Dkt. No. 410, 103:6–18.<br><br>"Abu Anas al-Shami was at one time the deputy commander of the Tawheed wal-Jihad movement, later becoming al Qa'ida in Iraq. Abu Anas was a close associate of Abu Musab al-Zarqawi, was a very, very important leader, helped organize a training camp in Rawa, in Western Iraq, in 2003. He was a very important strategic thinker and logistical organizer on behalf of al Qa'ida in Iraq. He was eventually killed in a missile strike in late 2004 near Baghdad, actually near Abu Ghraib prison." Dkt. No. 410, 76:11–19.<br><br>"Well, al Qa'ida didn't really have much of a presence in Iraq at all until about 2003. Following the U.S. invasion of Afghanistan in 2003, Abu Mus'ab al-Zarqawi and a host of his cohorts, including Abu Anas al-Shami, traveled over across the border from Syria and Jordan into Iraq with the idea of starting up an al Qa'ida faction there in order to fight against U.S. forces." Dkt. No. 410, 91:5–11. |

| Exhibit | Description | Sole-Source Kohlmann Testimony |
|---|---|---|
| 39 | Video | The video is called "Badra Baghdad." It "was an official video recording produced by al Qa'ida in Saudi Arabia. It was released in approximately early 2004. I believe May—April-May of 2005—or 2004—excuse me. It was meant to depict a series of—or the individuals responsible for a series of suicide bombings targeting western housing compounds in Riyadh, Saudi Arabia, the capital of Saudi Arabia, in late 2003." Dkt. No. 410, 103:19–104:3. |
| 60 | Video | This video is called "'Abumusab.rm,' 'A Message to the People.'" "In April of 2006 al Qa'ida in Iraq released the very first video recording of Abu Mus'ab al Zarqawi. Before that … all of the messages from Zarqawi had come in audio form with no picture. People were asking 'Where is Zarqawi? How come we never see him? We see bin Laden; where is Zarqawi?' So eventually in April of 2006 al Qa'ida in Iraq released an actual video recording of Abu Mus'ab al-Zarqawi meeting with his advisors, planning operations. It was meant—and he also then read a statement to the camera." Dkt. No. 410, 104:23–105:11. |
| 61/126 | Video/ Screen shots from video | This is a video file called "Cheik_abu1.mpg." "This is another video recording produced by al Qa'ida's As-Sahab media wing. This is a—features an audio recording of then-leader Osama bin Laden talking with—as you see, there's video—a video overlay, but the audio recording is the original part. This audio recording was released by bin Laden in order to eulogize the then-recently slain al Qa'ida leader in Iraq, Abu Mus'ab al-Zarqawi." Dkt. No. 410, 101:5–19. |
| 133 | Screen shots from video | "This is a video clip or a short video production that I produced on behalf of the NEFA Foundation, the 9/11 Finding Answers Foundation. The video itself is titled 'The Role of Foreign Fighters in the Iraqi Jihad,' and the video shows testimonials from foreign fighters from Saudi Arabia, Chad, and I believe elsewhere. Lebanon, the Palestinian territories who are participating in violent conflict in Iraq." Dkt. No. 410, 99:2–8. |
| 147 | Screen shots from video | "These are a series of three thumbnail images or screen shots from a video produced by the As-Sahab Media Foundation. Again, that's al Qa'ida's official media wing. These images are taken from a video featuring one of the individuals who carried out the July 2005 suicide bombing attacks in London. You see him at left. His name is Shahzad Tanweer…. The images themselves, I believe, are taken from an organization called the SITE Institute, but you can see the three individuals featured there: At left is Shahzad Tanweer; in the |

| Exhibit | Description | Sole-Source Kohlmann Testimony |
|---|---|---|
| | | middle is Dr. Ayman al-Zawahiri, the deputy—then deputy commander of al Qa'ida; and at right is an American national who currently serves as a chief spokesman on behalf of al Qa'ida central media wing, As-Sahab. His name is Adam Gadahn[.]" Dkt. No. 410, 97:5–19. |
| 178 | Photograph | "This is an image from the former website of the Salafi Group for Prayer and Combat in Algeria. The picture actually depicts an individual from the Salafi Group for Prayer and Combat working on their website. This image—and the Salafi Group for Prayer and Combat later became al Qa'ida in the Islamic maghrib." Dkt. No. 410, 97:21–98:4.<br><br>"[I]n Algeria, you have a group of individuals, some of whom are Afghan veterans. Others are just Jihadists who formed a group that was then known as the Salafi Group For Prayer and Combat. This group increasingly came to the attention of al Qa'ida's leaders as a potential partner, a regional partner, in North Africa. ... [I]n approximately 2007, the Salafi Group For Prayer and Combat and its leadership entered into negotiations with al Qa'ida, with bin Laden and his allies. As a result, the GSPC, the Salafi Group For Prayer and Combat, eventually became officially known as al Qa'ida in the Islamic Magrib. By 'Islamic Magrib,' they're referring to the region of North Africa, Northwest Africa, roughly comprising Algeria, Tunisia, Libya, Mauritania, and Morocco." Dkt. No. 409, 132:17–133:5. |
| 232 | Image | "The lady at top, underneath where it says 'Martyrdom,' is an Iraqi national who carried out a suicide bombing at a hotel in Amman, Jordan, in 2005, on the orders of Abu Mus'ab al-Zaqawi, the leader of al Qa'ida in Iraq." Dkt. No. 410, 98:9–12. |
| 350 | June 6, 2002 email from Mehanna to Masood and Abousamra containing a web link and the words "Abu Hafs al-Misri" | The link in the email is to a website that "in the common vernacular, this website would be described as a snuff film website. It's an—as off-putting as that may sound, it's a video site for video recordings of people being killed, people being tortured, people being murdered. And this is a one-stop shopping place for that kind of material." Dkt. No. 410, 78:14–22.<br><br>"Abu Hafs al-Misri, his real name was Mohammed Atef.... He is now deceased. He was killed in November of 2001 in a Hellfire missile strike near Kandahar, Afghanistan. Abu Hafs al-Misri has been the—or was the head of al Qa'ida's military wing between the years of approximately 1996 and 2001. He was an Egyptian national, I believe a former policeman, and was exceptionally influential in al Qa'ida's military operations, personally participated in a number of al Qa'ida's more famous missions, including the mission to |

| Exhibit | Description | Sole-Source Kohlmann Testimony |
|---|---|---|
| | | Somalia in 1993." Dkt. No. 410, 77:16–78:4.<br><br>"The Shura council is kind of like a cabinet for al Qa'ida. It's a leadership cabinet. It includes people such as the individuals in charge of al Qa'ida's military wing, al Qa'ida's media wing, al Qa'ida's financing. These individuals include people such as Abu Hafs al-Masri, … who was once the leader of al Qa'ida's military wing." Dkt. No. 409, 123:3–10.<br><br>"In approximately 1996 al Qa'ida reached an agreement with the Taliban, negotiated by Abu Hafs al-Masri, and as a result, the main body of al Qa'ida fighters returned to Afghanistan in approximately 1996-1997." Dkt. No. 410, 90:24–91:2.<br><br>"[A]l Qa'ida made the decision that it was going to be actively involved in attempting to fight U.S. forces in East Africa. Led by the military commander—then military commander of al Qa'ida Abu Hafs al-Masri, al Qa'ida sent a delegation—actually, multiple delegations—to Somalia in order to train local Somalis on how to fight U.S. forces and—in order to directly participate in combat against U.S. and U.N. forces in southern Somalia." Dkt. No. 410, 95:9–16. |
| 449 | Video | "This is a screen shot from the opening section of the video, State of the Ummah, otherwise known as 'The Destruction of the USS Cole.' … [It is significant to al Qa'ida because] Number 1, it's al Qa'ida's first video recording. It was its first ever video recording. It's one of its most enduring video recordings. It's one of its most popular video recordings on Jihadi web forums even to this day. It is the only video recording ever released to feature video footage of al Qa'ida's training camps pre-9/11. This is actually—many people have seen clips from this on television and whatnot because it's the classic kind of jungle gym footage in the mountains or desert areas of Afghanistan. And it has extensive footage of Osama bin Laden and other al Qa'ida leaders, again, encouraging people, calling on people, to join training camps on the Afghan-Pakistani border." Dkt. No. 410, 57:16–58:13.<br><br>"[T]his was distributed before 2001, or before September 11, 2001. The video recording was distributed in specifically other ways. I got my recording by purchasing it from a Jihadi bookstore in Birmingham, in the United Kingdom. I also got a second copy of it around the same time from a particular radical mosque in London. I've seen other copies |

| Exhibit | Description | Sole-Source Kohlmann Testimony |
|---|---|---|
| | | of it in the possession of individual Jihadists in Bosnia-Herzegovina, et cetera. But it wasn't that easy because at the time it was being put out on VHS tapes. It made it kind of clunky to purchase it and whatnot. Subsequent to 9/11, it got much greater play because it was then re-released on the internet on Jihadi websites." Dkt. No. 410, 58:21–59:7.<br><br>"I would say this is one of al Qa'ida's most popular videos of all time. I have—it's my understanding that when the video was first produced and played for al Qa'ida operatives in Afghanistan that they were thrilled with it, that that's how they vetted whether or not this would have the right reaction was that they played it for al Qa'ida operatives at camps in Afghanistan, and it got rave reviews." Dkt. No. 410, 59:9–15.<br><br>"It was a model for a lot of media that was been produced since. It was al Qa'ida's first video. It took a long time for them to produce it. It took a lot of headaches with computer software and other aspects. But even then, even being that it's still kind of rough, a lot of the things that you see in contemporary al Qa'ida videos, you see in this video. You see English subtitles. You see video of training camps. You see speeches by bin Laden. You see the use of Anasheed music. These are all techniques that were, I think, pioneered in videos like this and now are commonplace in contemporary Jihadi media." Dkt. No. 410, 59:20–60:5. |
| 502 | February 5, 2006 instant message between Mehanna and Muraabit containing web links | "[The web links are to] Al-Hesbah, alhesbah.org and alekhlaas.net. At the time, these were al Qa'ida's preeminent social networking forums." Dkt. No. 411, 118:25–119:3. |
| 503 | February 5, 2006 instant message between Mehanna and Muraabit containing web links | The exhibit contains reference to "Ekhlaas" and "Al-Hesbah." "Ekhlaas" is "a reference that I had come across in a chat on the computer, and it's definitely to a link to Al-Ekhlaas, the forum." "Al-Hesbah" is "al Qa'ida's other main forum for this time period[.]" Dkt. No. 411, 118:9–22.<br><br>"Each of these [al Qa'ida] social networking forums has a period of existence. And towards |

| Exhibit | Description | Sole-Source Kohlmann Testimony |
|---|---|---|
|  |  | the end of that existence, when it starts getting too much public attention, the forum begins to suffer from attacks from cyber vigilantes, from law enforcement agencies, and from others. And eventually the forum shuts down. So what you have is kind of like a relay race where you have forums that pop over time and then eventually transfer their responsibilities to other forums. When the process first began back in 2003, the forum that did this was known as Muntada Al-Ansar,... The Ansar Forum. After that, it became another forum called Al-Ekhlaas,... Then it was Al-Hesbah[.]" Dkt. No. 410, 26:22–27:9. |
| 779/ 779C | Screen shot from Mehanna's computer | "This is also a Windows help file that's been designed as, like, a compendium document. In this case, this is the compiled works of Shaykh Yusuf al-Uyayri.... He was a big proponent of self-radicalization, of self-recruitment. He also is generally credited to be the first person to put al Qa'ida on the internet." Dkt. No. 410, 73:2–14. |
| 781 | Document | "The Global Islamic Resistance Call was a 500-page Arabic-language manual which was written by a former al Qa'ida training camp manager. It was written, again, as a comprehensive guidebook for individuals looking to self-radicalize or self-recruit into al Qa'ida. It was disseminated—it was first disseminated in approximately mid 2005. And, again, it was meant to include lessons taken directly from al Qa'ida training camps, or former al Qa'ida training camps, in Afghanistan." Dkt. No. 410, 104:14–22. |